AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

Charter Communications Entertainment I, LLC,
d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Kathleen Cleary

## 04-40204

TO: (Name and address of defendant)

Kathleen Cleary
27 Prospect Street
Pepperell, MA   01463

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA   02110

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

DATE

(BY) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

October 14, 2004

I hereby certify and return that on 10/13/2004 at 4:45PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of KATHLEEN CLEARY, , 27 PROSPECT Street PEPPERELL, MA 01463 and by mailing 1st class to the above address on 10/14/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($17.68) Total Charges $55.18

Gerard N Whitman
_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

0403Y121

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.