AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Charter Communications
Entertainment I, LLC d/b/a
Charter Communications,
                               Plaintiff
v.
Kathleen Cleary,
              Defendant

**APPEARANCE**

Case Number: 04-40204

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The defendant, Kathleen Cleary

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/1/2004 | _(signature)_ |
| Date | Signature |
| | Ernest B. Sheldon — 457360 |
| | Print Name / Bar Number |
| | SHELDON LAW OFFICES, P.C., P.O. Box 254, 61 Main St |
| | Address |
| | Pepperell / Massachusetts / 01463-0254 |
| | City / State / Zip Code |
| | (978) 433-6400 / (978) 433-9061 |
| | Phone Number / Fax Number |