UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, <br><br> Plaintiff <br><br> v. <br><br> KATHLEEN CLEARY, <br><br> Defendant | CIVIL ACTION <br> NO. 04-CV-40204 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Charter Communications, Entertainment I LLC, d/b/a Charter Communications, hereby requests an extension of time to respond to the Motion to Dismiss filed by the defendant Kathleen Cleary in this action. The parties have been engaged in settlement discussions for over two weeks and a resolution appears plausible. Charter requests an extension until December 3, 2004 to respond to the Motion to Dismiss.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS,

By its Attorneys,

_____
Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617)457-4000

**Certificate Of Service**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: _____ 11-19-04

Dated: November 19, 2004

291921-1