UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Charter Communications,**
    **Plaintiff(s),**

v.

CIVIL ACTION

NO. 04-40204-FDS

**Kathleen Cleary,**
    **Defendant(s),**

### SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

The Court having been advised on    December 3, 2004    that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

December 3, 2004
Date

/s/ Martin Castles
Deputy Clerk

(Dismsett.ord - 09/96)
[stlmtodism.]